**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Augelina Bool

1 Court ST apT 5D

New ark N J 07102

*(In the space above enter the full name(s) of the plaintiff(s).)*

Removal mmoTiou

DISTRICT OF NEW JERSEY
RECEIVED

2011 MAR 15 P 3 4:

- against -

VeTerans ADministraTiou HospiTal
TRemout ave EasT orange N. J.
RaFique Yassir, E. O. V.A Police
DepT, And E.O.V.A Police P.BA.
OFFicer orTega And all

**COMPLAINT**

Jury Trial: ☐ Yes ☑ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

**I.    Parties in this complaint:**

A.    List your name, address and telephone number. Do the same for any additional   plaintiffs named. Attach
additional sheets of paper as necessary.

| Plaintiff | Name | Augelina Boou |
|---|---|---|
| | Street Address | 1 CoueT ST apT 5 D |
| | County, City | Newark |
| | State & Zip Code | New Jersey |
| | Telephone Number | 973 - 332 - 7154 |

B.    List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1

Name _East Orang Veterans Administration And All_
Street Address _385 Tremont Ave_
County, City _East Orange_
State & Zip Code _New Jersey    07018_

Defendant No. 2

Name _East Orange Veterans Police Dept And All_
Street Address _385 Tremout Ave_
County, City _East Orange New_
State & Zip Code _New Jersey    07018_

Defendant No. 3

Name _Rafique Yassir Employee_
Street Address _375 Tremout ave_
County, City _East Orange N_
State & Zip Code _New Jersey    07018_

Defendant No. 4

Name _Officer Ortega And All_
Street Address _385 Tremont Ave_
County, City _East Orang New Jer_
State & Zip Code _New Jersey    07018_

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case  involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. §  1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal Questions ☐ Diversity of Citizenship

☐ U.S. Government Plaintiff ☑ U.S. Government Defendant

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at

issue? _____

_____

_____

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

**III.    Statement of Claim:**

State as briefly as possible the facts of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? AT East orange Veterans Administration Building Hospital

B.    What date and approximate time did the events giving rise to your claim(s) occur? 4/8/14 and or about march 2014 And on or about Last sunday of march

C.    Facts: on 3 occassions East orange police officers came into an unarmed Group To Harrass And illegally Remove me with out probable cause, solely under The Direction of an Ex Boyfriend Yassin Rafique, who works for V.A.

2) Never Did The Police ask Leaders of my Group or any witnesses if I was disorderly violating R.E. Again in march officer Ortega And others Entered the group supossedly Because of an unknown caller who claimed Again I was Disruptive. Again officers Didn't INVEStigate. Before standing Behind unidentified woman saying is This The one You want arrested. Was Told No one was disruptive By Group.

On 4/8/14 After recieving Another annononmous call Police officer ortega and a female sergant arrested me for Disorderly person. I was Dragged Down Hallways, My civil Rites violated, Head Doctor Chris proceeded to Threaten All of the self Help groups I Attended By writting a Letter For All groups To Get out. also wrote a slanderous Letter stating I was unstable And other Group members were afraid

*Margin boxes:* What happened to you? | Who did what? | Was anyone else involved? | Who else saw what happened?

## IV.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I was publicly Humiliated. I am already Disabled with Fractured L2 Bulging Disk and Herniated Disk in Back and Kneek. Not only were my constitutional rites To gather peacefully violated on several occassion's i was Forbidden To make an NA meeting at the V.A Hospital and Because of the slandenous Letter written To all NA Groups That Gather To meet at V.A Hosptal I was Defamed By V.A Hospital staff police And Doctors. Because I was there ostrasised By all N.A members that police ank Dr's Threaten To Throw out V. Relief: I Relapsed on Drugs And alcohol and went into Summit Oaks Rehabilition after Having 10yrs clean.

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

Because I was Found Not Guilly without Preudice By Federal court But Guilty After written defamation Via police Ticket And Threatening Letters of Eviction. By all 12 step groups who felt I Jepardized N.A. as a whole. I want my medical Bill To Summit oaks Rehabilitiion Paid. and a monetary compensation of 3 milloin Dollars For pain and suffering

4) I want my Case To Be Transfere To Federal court. I Also was granted a motion for Default. I'm Requesting My motion for Defalt stand in place on Federal Level.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _3/5_ day of _2014_ _____, 20____.

Signature of Plaintiff _Angelin Boon_

Mailing Address _1 Court St Apt 5D Newark New Jersey 07102_

Telephone Number _973 332 7154_

Fax Number *(if you have one)* _____

E-mail Address _angelina.boon@gmy.com_

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _Angelina Boon_

- 5 -